# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00190JMS |
| CASE NAME: | USA v. (03) Chandra Pounds |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (03) Todd Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 2/8/2006 | TIME: | 2:35-2:59:27pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody,

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Memorandum of Plea Agreement signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  Government agrees to dismiss Count 2 of the Indictment at sentencing as to defendant 03.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 6/5/06 at 3:00 p.m. before Judge Seabright.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager