TODD EDDINS 5544
1001 Bishop Street, Suite 1320
Honolulu, Hawai'i 96813
Telephone: 808.538.1110
Fax: 808.528.2449
E-mail: Eddins@Eddinsdefense.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA | ) | CR. NO. 05-00190-03 JMS |
|---|---|---|
| | ) | |
| | ) | DEFENDANT CHANDRA |
| Plaintiff, | ) | POUNDS'S SENTENCING |
| | ) | STATEMENT |
| VS. | ) | |
| | ) | **[[THIS DOCUMENT FILED** |
| | ) | **UNDER SEAL PURSUANT TO** |
| CHANDRA POUNDS, | ) | **AMENDED GENERAL ORDER** |
| | ) | **REGARDING GUIDELINE** |
| Defendant. | ) | **SENTENCING]]** |
| | ) | |
| | ) | DATE: JUNE 5, 2006  3:00 P.M. |
| | ) | JUDGE: HONORABLE MICHAEL J. |
| | ) | SEABRIGHT |
| | ) | |
| | ) | |

DEFENDANT CHANRA POUNDS'S SENTENCING STATEMENT

Defendant Chandra Pounds, by and through her counsel, Todd Eddins, has reviewed the factual information, sentencing classification, sentencing guideline ranges and policy statements contained in the Draft Presentence Investigation Report prepared by United States Probation Officer Neil Tsukayama.

Ms. Pounds does not have any objections or proposed corrections to the

1

contents and conclusions of the Draft Presentence Investigation Report.


DATED: Honolulu, Hawai'i, May 3, 2006.

                                                          _____
                                                          TODD EDDINS
                                                          Attorney for Chandra Pounds

CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2006, a true and correct copy of the foregoing document was served on USA Beverly Wee Sameshima via electronic filing and on U.S. Probation Officer Neil Tsukayama via hand delivery.

Beverly Wee Sameshima
Assistant United States Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Blvd.
Honolulu, HI 96850

Neil Tsukayama
U.S. Probation Officer
300 Ala Moana Blvd., Room C-110
Honolulu, HI 96850

DATED: May 3, 2006

       /s/ Todd Eddins
       Todd Eddins