TODD EDDINS 5544
1001 Bishop Street, Suite 1320
Honolulu, Hawai'i 96813
Telephone: 808.538.1110
Fax: 808.528.2449
E-mail: Eddins@Eddinsdefense.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00190-03 JMS |
|---|---|---|
| Plaintiff, | ) ) ) ) ) | SENTENCING DOCUMENTS RELATING TO CHANDRA POUNDS and EXHIBIT "A" |
| VS. | ) ) ) | DATE: JUNE 5, 2006 3:00 P.M. |
| CHANDRA POUNDS, | ) ) | JUDGE: HONORABLE MICHAEL J. SEABRIGHT |
| Defendant. | ) | |

SENTENCING DOCUMENTS RELATING TO CHANDRA POUNDS

Defendant Chandra Pounds, by and through her counsel, Todd Eddins, hereby submits the following letters, denoted as Exhibit "A", on behalf of Ms. Pounds for purposes of sentencing.

DATED: Honolulu, Hawai'i, May 24, 2006.

/s/ Todd Eddins
TODD EDDINS

1