# D & S Cleaning

P.O.Box 1632
Twain Harte, California 95383

Phone (209) 586-0859

July 27, 2000

To Whom It May Concern;

Chandra Pounds has been doing work for my small company for the past two years as an independent contractor. She asked me to write a note on her behalf for perspective homeowners that she may rent from. Having known Chandra now for two plus years I feel that I have a good idea of her character and agreed to write her a letter.

Over the years Chandra has encountered obstacles that would have made most people find another form of employment, lack of transportation, the hours involved in the commute to and from the job site from her home base and the fact that our type of business can be very hectic one week and quiet the next.
These obstacle which most people just say "let's give up" she strives to fix and reports to work.
For example today we had a job that took her two and half hours to complete, however it took her two hours to arrive to because she is living that far away. She did report on the job site on time.

Chandra is a person that has set high standards for herself and she accomplishes those standards through perseverance and dedication. I feel that her high standards have only worked for my business benefit and would think that this would be the case for anyone who knows Chandra.

Sincerely,

*Debi Caudle*
Debi Caudle
(209)586-0859