**Janelle Brown**
P.O. BOX 244
Altaville, CA 95221
Phone: (209) 736-4001
Pager: (209) 428-0039

June 1, 2000

To whom it may concern:

Jesse Franks has rented a room from me on and off for over two years. He first moved into my residence January, 1998. Whereby he stayed until November, 1998. Jesse then returned June, 1999, and has resided here since. Chandra Pounds has also resided here for the past three months.
Jesse has never failed to pay his rent and utilities, on time. It's hard to find someone that dependable and responsible. I consider myself fortunate to have Jesse as a renter. Chandra has also held up her end very well, and is an asset to the household.

Sincerely,

*[signature]*

Janelle Brown