**DEPARTMENT OF THE ARMY**
**CALIFORNIA ARMY NATIONAL GUARD**
**DELTA COMPANY, FIRST BATTALION, 184 INFANTRY (AASLT)**
**800 SOUTH YOSEMITE AVENUE**
**OAKDALE, CALIFORNIA 95361-9368**


CALL-ES-DO                                                              20 AUGUST 1997


MEMORANDUM: Valerie Anderson

SUBJECT: LETTER OF RECOMMENDATION


1. This letter is in reference to Chandra Pounds and the time she spent working
for the National Guard. During the time she was here Miss Pounds did various
tasks in the clerical field, among the tasks she was assigned was typing, computer
input, filing, and inventories. Miss Pounds accomplished all these task ask of
her in a timely and organized fashion. Miss Pounds also completed these tasks
with little or no supervision. We found that she was very quick to grasp the
task once they were explained to her. Miss Pounds was very people oriented.
Miss Pounds was a capable and dedicated worker, she was consistently on time
and would often stay after her required time was over, to complete already
started tasks.

2. I am writing this letter because Miss Pounds has stated that she currently
has a fine and was wondering if it would be possible to continue to work at
the Armory for community service to clear the fine. Miss Pounds has now
worked with us enough to know the forms and computer programs that the
Unit uses. This is a great asset for us as we do not have to teach someone who
comes here from the Work Program all of this again. The Unit would greatly
appreciate your consideration in allowing her to continue to work here
until such time as she has completed what is required or has paid this
fine in full.

3. Also by working here Miss Pounds has the chance to learn clerical skills
in a training situation and will allow her to leave here with experience
that she would not have a chance to learn in the job market. The employers
will be looking for experienced people and this will give Miss pounds that
experiance.

4. Point of contact for this matter is the undersigned above at Comm (847)-0996.


CLINTON J. CADE
SFC, CAARNG
Readiness NCO