P.O. Box 371
Copperopolis CA
May 10, 2006

Judge Seabright
Dist. Court
Honolulu, Hi

Dear Judge Seabright,

This letter comes to you in reference to Chandra Anne Pounds, My daughter.

Needless to Say My heart is broken Due to this Situation. Chandra is my only Child — She has never Married, Nor had Children, or had the opportunity to have a career.

She Chose to drop out of School Due to A very Dramatic Experience.

2 of 7

a Cleaning/House Keeping Service, which She handled Very well, Even tho She is barely literate.

Truely She has So much potencial, not only as a good Human being – Also as a good Citizen. She can rise above the influences She has been Subjected to.

Our Society is so badly infected with the drug Culture, making life so Confusing for our young. So many temptations are Available, And Acceptable in that Society.

Chandra's Crime was

3 of 7

cause harm to others.

It was what she percieved as an opportunity.

A curse disguised as a blessing.

Chandra is my only child, I know her heart. She is a very good human being, who needs help, strength, love, understanding. She needs a chance to make her life good.

At this point in time she needs a miracle —

And I need her —

We are all we have, her & I. This is unbearable for her as well as

Please if you can find it in your heart to show her whatever Mercy the law will allow, I will see to it she stays on the right path when she is able to come home –

Chandra is a good girl – who made some real bad choices.

Chandra has a good foundation on which to build. She was raised with good Morals And Standards –

Without the drug induced Haze, I am sure her mind and heart will be right again, Chandra has great potencial, she

to others, a productive member of society. Without a doubt this experience has succeeded in opening her eyes and mine —

It's been a year since last I saw my daughter — And my heart breaks daily — for her And for myself — She has been my life all her life —

It is my understanding that It is within your power, after Sentencing, to send her closer to home, Please consider this, If not for Chandra, than for Me — We have committed

6 of 7

Thankyou for Taking the time to read this letter -
May God Bless you and guide you in the decisions you must make.

Respectfully,
Janie Edwards

P.S. Enclosed Are a few of the achievement Awards Chandra earned. And letters of recomendation from former Employers Etc. Also some pictures of my Child.