# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/05/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CRIMINAL 05-00190JMS-03

CASE NAME: United States of America vs. Chandra Pounds

ATTYS FOR PLA: Chris A. Thomas

ATTYS FOR DEFT: Todd W. Eddins

INTERPRETER:

JUDGE: J. Michael Seabright    REPORTER: Sharon Ross

DATE: 06/05/2006    TIME: 3:15 - 3:35

COURT ACTION: Sentencing to Count 1 of the Indictment:

Defendant present in custody with counsel Todd Eddins.

Defendant and Governments oral motion to continue sentencing GRANTED.

Sentencing continued to October 5, 2006 at 9:00 a.m.

Submitted by: Dottie Miwa, Courtroom Manager