# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/05/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CRIMINAL 05-00190JMS-03

CASE NAME:          United States of America vs. Chandra Pounds

ATTYS FOR PLA:      Chris A. Thomas

ATTYS FOR DEFT:     Todd W. Eddins

U.S.P.O:            Neal Tsukayama

---

JUDGE:    J. Michael Seabright        REPORTER:    Sharon Ross

DATE:     10/05/2006                  TIME:        9:15 - 9:30

---

COURT ACTION:   Sentencing to Count 1 of the Indictment:

Defendant present in custody with counsel Todd Eddins.

Memorandum of Plea Agreement accepted.

Allocution by the defendant.

Imprisonment 120 months.  Supervised Release 5 years under the following conditions:

RECOMMENDATION: Dublin, California.

That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.

That the defendant participate in educational and vocational training programs and mental health program.

1.      That the defendant shall abide by the standard conditions of supervision.

2.      That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3.      That the defendant not possess illegal controlled substances.

Page 2
Criminal 05-00190JMS-03
U.S.A. vs. Chandra Pounds
October 5, 2006

4.      That the defendant shall refrain from any unlawful use of a controlled substance.
        The defendant shall submit to one drug test within 15 days of commencement of
        supervision and at least two drug tests thereafter but no more than 15 valid drug
        tests per month during the terms of supervision (mandatory condition).

5.      That the defendant shall not possess a firearm, ammunition, destructive device, or
        any other dangerous weapon.

6.      That the defendant shall cooperate in the collection of DNA as directed by the
        probation officer.

7.      That the defendant shall participate in and comply with substance abuse treatment
        which includes drug and alcohol testing in a program approved by the Probation
        Office.  The defendant is to refrain from the possession and/or use of alcohol while
        participating in substance abuse treatment.

8.      That the defendant execute all financial disclosure forms, and provide the
        Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office
        access to any requested financial information to include submitting to periodic
        debtor's examinations as directed by the Probation Office.

9.      That the defendant participate in a mental health program at the discretion and
        direction of the Probation Office.

10.     That the defendant shall submit her person, residence, place of employment, or
        vehicle to a search conducted by the U.S. Probation Office at a reasonable time
        and in a reasonable manner, based upon reasonable suspicion of contraband or
        evidence of a violation of a condition of supervision.  Failure to submit to a search
        may be grounds for revocation.  The defendant shall warn any other resident that
        the premises may be subject to search pursuant to this condition.

No fine imposed.

Special Monetary Assessment $100.

Advised of rights to appeal.

Government's Oral Motion to Dismiss Count 2 of the Indictment GRANTED.

MITTIMUS:    Forthwith.

Submitted by:   Dottie Miwa, Courtroom Manager