IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00190-03 JMS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | REDUCTION OF SENTENCE |
| vs. | ) | PURSUANT TO FEDERAL RULE |
| | ) | OF CRIMINAL PROCEDURE 35(b) |
| CHANDRA POUNDS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

On October 2, 2007, the United States filed a motion seeking an order from this court reducing the sentence of defendant Chandra Pounds ("Defendant") pursuant to Federal Rule of Criminal Procedure 35(b).

Rule 35(b)(1) provides:

> Upon the government's motion made within one year of sentencing, the court may reduce a sentence if: (A) the defendant, after sentencing, provided substantial assistance in investigating or prosecuting another person; and (B) reducing the sentence accords with the Sentencing Commission's guidelines and policy statements.

On October 5, 2006, defendant was sentenced to a mandatory minimum sentence of 120 months of incarceration. The United States' motion

demonstrates that Defendant provided substantial assistance in the investigation and prosecution of an another individual.  According to the United States, Defendant cooperated with authorities, providing information regarding the scope of a significant drug trafficking organization.  Her cooperation was immediate, and she was prepared to testify against co-defendants Elias Jauregui and Alfred Nobriga.  Ultimately, her testimony was not required by the United States.

Based on the representations made by the United States, and after reviewing Defendant's Concurrence to the United States' Motion, the court GRANTS the United States' Motion, and hereby orders that Defendant's original sentence of 120 months imprisonment be reduced by 60 months to a new sentence of 60 months imprisonment.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, October 10, 2007.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*United States v. Pounds*, Criminal No. 05-00190-03 JMS; Order Granting Motion for Reduction of Sentence Pursuant to Federal Rule of Criminal Procedure 35(b)